NOT FOR PUBLICATION

FILED

JAN 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1660 |
| Plaintiff - Appellee, | D.C. No. 9:22-cr-00056-DWM-1 |
| v. | MEMORANDUM* |
| ANDREW JOSEPH SHIELDS, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted January 17, 2024**

Before:     S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

Andrew Joseph Shields appeals from the district court's judgment and

challenges his guilty-plea conviction and 135-month sentence for possession with

intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Shields's counsel has filed

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Shields the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Shields waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**